IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.          CASE NO.  4:04cr00194-01 JMM

GOLDEN THORN

## ORDER

Pending before the Court is Defendant's unopposed motion for continuance of the jury trial (DE #61).

The Court has fully considered the motion for continuance and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and the defendant for a speedy trial in that the issues are such that to deny the motion would deny counsel for the defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendant's behalf. Further, Counsel indicates that additional time is needed to complete Rule 20 paperwork. Defendant is currently receiving medical care at a Federal Medical Center for a serious medical condition.

IT IS THEREFORE ORDERED that the motion for continuance (DE #61) be, and it is hereby, granted.

The matter is rescheduled for trial to a jury at 9:15 a.m. on **Monday, June 7, 2010.** The parties are directed to submit simultaneous jury instructions on or before **May 28, 2010.** It is not necessary to include the standard opening and closing instructions.  Core instructions shall be submitted on a compact disc in WordPerfect 6.1 or higher format or by e-mail to **jmmchambers@ared.uscourts.gov**.

IT IS FURTHER ORDERED that the delay occasioned by the continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A) and (h)(3)(A).

Dated this 31st day of March, 2010.

*James M. Moody*
UNITED STATES DISTRICT JUDGE