IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:04CR00194 JMM |
| ) | |
| GOLDEN THORN ) | |

## MOTION TO DISMISS

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States of America, through Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Julie E. Peters, Assistant U.S. Attorney for said district, hereby moves for leave of Court to dismiss the Superseding Indictment against GOLDEN THORN.  GOLDEN THORN died at approximately 6:50 a.m. on April 14, 2010, at the Federal Bureau of Prisons Federal Medical Center in Butner, North Carolina.

WHEREFORE, for the above reasons, the United States respectfully requests leave of Court to dismiss the Superseding Indictment against GOLDEN THORN in this case.

Respectfully submitted,

JANE W. DUKE
United States Attorney


By  /s/ Julie E. Peters
JULIE E. PETERS
Bar No. AR2000109
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2618
julie.peters@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed this 10th day of May, 2010 using the CM/ECF filing system which will forward a copy to Kim Driggers, Assistant Federal Public Defender.

/s/ JULIE E. PETERS