IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              CASE NO.  4:04CR00194  JMM

GOLDEN THORN

## ORDER

Pending is the Government's motion to dismiss.  (Docket # 67).  The motion is GRANTED.  The Superseding Indictment against Golden Thorn is hereby dismissed.

IT IS SO ORDERED this 11th day of May, 2010.

_____
James M. Moody
United States District Judge